State of Maine           Superior Court
Aroostook, ss          Docket No. CV-H06-024


Darcy Henderson on behalf of her minor  )
son Cameron Stevens (dob 9/11/99)   )
                )
                )
vs.               )   ORDER
                )
                )
                )
Darcy Henderson         )

   This matter relates to the settlement of a civil claim for damages that Darcy Henderson prosecuted on behalf of her minor son Cameron Stevens (dob 9/11/99). On or about November 7, 2006, the court approved a structured settlement of the claim and among other things directed Darcy Henderson to open a federally insured deposit account at a local bank or credit union and to deposit sums received pursuant to the settlement into that account for the benefit of Cameron Stevens. No funds were to be withdrawn without court approval.

   Ms. Henderson failed to comply with that order and did not open the account as required and in fact, when the first payment of $2500 was made, she diverted those funds to her own use and benefit. She was prosecuted and convicted for Theft (Class C)[1] and remains subject to a restitution order obligating her to repay those funds to her son.

   The next payment pursuant to the settlement was to be in the amount of $3000 and paid on September 1, 2011. That payment was made by the insurer but not received by Darcy Henderson. It appears that at the time that the payment arrived, Ms. Henderson had relocated to Bangor and the check was sent to her previous address in Houlton. Cameron remained in the Houlton area residing with his grandparents. According to the affidavit that Ms. Henderson has filed with the court it appears that the $3000 check was diverted by an unknown third party, most likely a family member. This matter has previously been referred to law enforcement for investigation and prosecution as the District Attorney's office may ultimately deem appropriate.

   Although a federally insured deposit account has still not been opened, by concurrent order this date, the court has approved Attorney Jeffery Pickering as Trustee for Cameron Stevens for the duration of Cameron's minority and authorized Attorney Pickering to receive such funds from the Department of Corrections as may be forth coming as Darcy Henderson makes restitution payments. Any such funds shall be deposited into Attorney Pickering's office trust account. Because these funds are likely to be very modest in amounts paid and because Attorney Pickering is acting pro bono, he is authorized to disburse any such funds to Cameron Stevens from time to time in the exercise of Attorney Pickering's discretion without further court

---

[1] (See CR-H09-176)

order. The court is aware that pursuant to the settlement agreement there are no further payments that will be made during Cameron's minority. Accordingly, the court now regards the matter as closed and contemplates no further action.

Date: February 3, 2017

E. Allen Hunter
Active Retired Justice, Superior Court